Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Lloyd Douglas Dix<br><br>        Debtor(s). | ) Case No. 1:22-bk-10300-MB<br>)<br>) Chapter 13<br>)<br>) STIPULATION TO RESOLVE TRUSTEE'S<br>) OBJECTION TO HOMESTEAD<br>) EXEMPTION UNDER C.C.P. §704.730<br>) (docket 41).<br>)<br>) [NO HEARING REQUIRED]<br>)<br>) |

**THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:**

On June 30, 2022, the Chapter 13 Trustee filed an Objection to Homestead Exemption. At issue is the "countywide median sale price for a single-family home in the calendar year prior to the calendar year in which the judgment debtor claims the exemption ..." 11 U.S.C §704.730.

The code fails to provide the authority the parties should look to in order to determine the median value as indicated in the code. A review of available resources, including the State of California Department of Industrial Relations of the Consumer Price Index for All Urban Consumers, indicate the median price is well above the current cap of $626,400. The cost of

litigating this issue is prohibitive. Therefore, there appears to be no harm to the estate to compromise this matter by extending the Exemption Deadline through the date Debtor received Debtor's discharge or completion of the Chapter 13 case.

WHEREFORE, Debtor and Trustee stipulate that the Exemption Deadline found at FRBP 4003(b) shall be extended through the date upon which the Debtor receives Debtor's discharge or completion of the Chapter 13 case.

Date:   **SEP 1 2 2022**

_____
ELIZABETH F. ROJAS,
Chapter 13 Trustee

Date: 9-8-22

_____
DAVID S. HAGEN
Attorney for Debtor

-2-